PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 00-13347

_____

D.C. Docket No. 98-00049-CR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IGNASIO MALDENALDO SANCHEZ,

Defendant-Appellant.

_____

No. 00-13447

_____

D.C. Docket No. 98-00049-CR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SANTIAGO GILBERTO SANCHEZ,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(Opinion February 26, 2001, 242  F.3d . 1294, 11th Cir., 2001)

(April 19, 2001)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.